

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2019

No. 04-18-00321-CV

**ALMANZA BUSINESS GROUP, LLC**,
Appellant

v.

**CBI LOGISTIC SERVICES L. L. C**.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-001798 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. Time is extended until June 6, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court